FILED

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name _Murillo Anthony_
(Last)         (First)         (Initial)

Prisoner Number _F60171_

Institutional Address _SOLEDAD STATE PRISON - CORR'L TRAINING FACILITY YCE_
_PO Box 689 - OW117_
_SOLEDAD CA 93960_

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

_ANTHONY MURILLO_
(Enter the full name of plaintiff in this action.)

vs.

_B. CURRY - WARDEN - RES - SUPERIOR_
_M. EVAN'S CORRECTIONAL CC'T ASU_
_ICC COMMITTEE MEMBER G ORTIZ A.W_
_A KESTER FC (A)_
(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement _SOLEDAD STATE PRISON_
    _PO Box 689 SOLEDAD CA 93960_
B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )
C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )
D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _10-12-07    BY PASS_

2. First formal level _10-18-07    BY PASS_

3. Second formal level _12-13-07    BY PASS_

4. Third formal level _12-24-07 SENT 602 OFF TO SACRAMENTO FOR THIRD LEVEL REVIEW_

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
ANTHONY MURILLO - F60121 - 0W117 SOLEDAD STATE PRISON
CORR'L TRAINING FACILITY - CE
P.O. BOX 689 SOLEDAD CA 93960

B. Write the full name of each defendant, his or her official position, and his or her place of employment.
B CURRY/WARDEN   RES'/SUPERIOR  M. EVANS COUNSELOR CCI  A.S.U
G ORTIZ A.W.  A KESTER F.C. (A)  CHAIR PERSON W/ COHEN C.D.W
   ICC COMMITTEE MEMBERS

COMPLAINT                       - 2 -

III.  Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 2-31-07 WAS PLACED IN SOLEDAD STATE PRISON AD-SEG DUE TO SAFETY CONCERNS FOR A SO CALLED "R" SUFFIX THAT WAS MISINTERPERTATED ON 11-24-04 I WAS VIOLATED OF PAROLE FOR THESE CHARGES 1. ABSCONDING 2. USE OF COCAINE 3. SODOMY AT THE BPT HEARING I WAS APPOINTED AN ATTORNEY FOR MY HEARING I PLEADED GUILTY ON THESE TWO CHARGES ABSCONDING, USE OF COCAINE, THE SODEMY CHARGE WAS DROPPED BECAUSE OF THESE FACTS NO POLICE REPORT NO MEDICAL REPORT AND NO WITTNESS THAT IS WHY THE CHARGE WAS DROPPED SENSE THEN I AM HEAR ON A NEW NUMBER I WAS CHARGED WITH G.T.A THE COURTS GAVE M 3 WITH HALF NOW I ALSO HAVE A "R" SUFFIX ADDED TO MY FILES WHICH WAS ADDED WHEN I CAME BACK TO PRISON 3 YEARS LATER

IV.  Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

WOULD LIKE A THOROUGH INVESTIGATION DONE ON MY B.P.T HEARING, AND THAT THIS ALLEDGED SO CALLED SODEMY CHARGED BE EXCLUDED FROM MY C-FILE ALSO THAT M EVANS COUNSELOR CCI ASU

COMPLAINT                - 3 -

1. BE HELD LIABLE FOR NOT DOING A THOUROUGH INVESTIGATION
2. GOING ON FACTS AND NOT FINDING OF BPT HEARING
3. THAT COULD COST ME MY LIFE WITH "R" SUFFIX ON MY FILE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of Jan, 20 08

Anthony Murillo
(Plaintiff's signature)

COMPLAINT                                          - 4 -

Mr. Anthony Murillo F60191
P.O. Box 689-OW117
Soledad CA. 93960

**RECEIV**

JAN 2 8 20

RICHARD W. W
CLERK, U.S. DISTRIC
NORTHERN DISTRICT O

To Cl
Court
450 S
Box

PLAIN PAPER



ING
OURT
ALIFORNIA

k of the United States District
Northern District of California
ldg GATE Ave
6060 San Francisco CA 94102

LEGAL MAIL