FILED
08 JAN 28 AM 10: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: _____

**MHP**

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**          **(PR)**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ANTHONY MURILLO for the last six months
[prisoner name]
SOLEDAD STATE PRISON where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0-.

Dated: 1/17/08                           M. Evans
                                   [Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                                REPORT DATE: 10/11/07
                                                                      PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 11, 2007

ACCOUNT NUMBER : F60171                       BED/CELL NUMBER: CFOWT100000000117S
ACCOUNT NAME   : MURILLO, ANTONIO                ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                   TRUST ACCOUNT ACTIVITY

        << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                   TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS         TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS     BALANCE       BALANCE        TO BE POSTED
  ---------    ----------    -----------    ----------    ----------    ---------------
     0.00         0.00          0.00           0.00          0.00            0.00

                                                                          CURRENT
                                                                         AVAILABLE
                                                                          BALANCE
                                                                        -----------
                                                                            0.00
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/08/08
                                                           PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : F60171                     BED/CELL NUMBER: CFOWT10000000117S
ACCOUNT NAME   : MURILLO, ANTONIO           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
   BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED
  ---------    ---------    ------------   ----------    ---------    ---------------
      0.00         0.00          0.00          0.00         0.00             0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                    ---------------
                                                                         0.00
```