Case 3:08-cv-00630-MHP    Document 4    Filed 02/27/2008    Page 1 of 15

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



**CORRECTIONAL TRAINING FACILITY AT SOLEDAD**
**RETURN TO SENDER NOTIFICATION**

REASON ITEM IS BEING RETURNED:

[ ] OUT TO COURT
[ ] UNAUTHORIZED CORRESPONDENCE
[x] PAROLED
[ ] UNABLE TO LOCATE/NO MATCH
[ ] Other _____

HOBBY _____

Anthony Miller
#60171

Paroled


RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
FEB 27 2008



1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983
2
3  Name Murillo Anthony
4       (Last)        (First)        (Initial)
5  Prisoner Number F60171
6  Institutional Address SOLEDAD STATE PRISON CORR'L TRAINING FACILITY
7  PO BOX 689 - O W117
8  SOLEDAD CA 93960

9          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10
11  Anthony Murillo
    (Enter the full name of plaintiff in this action.)
12              vs.                            Case No. _____
                                               (To be provided by the clerk of court)
13  B. CURRY WARDEN RES-SUPERIOR
14  M. EVANS CORRECTIONAL COUNSELOR (C) ASU.   COMPLAINT UNDER THE
                                               CIVIL RIGHTS ACT,
15  ICC COMMITTEE MEMBERS 6 ORT.Z  A.W         42 U.S.C §§ 1983
16  A KESTER FC(A)
    (Enter the full name of the defendant(s) in this action)
17
18  [All questions on this complaint form must be answered in order for your action to proceed.] (PR)
19  I.   Exhaustion of Administrative Remedies
20       [Note: You must exhaust your administrative remedies before your claim can go
21       forward. The court will dismiss any unexhausted claims.]
22       A.   Place of present confinement SOLEDAD STATE PRISON
                                            PO BOX 689 SOLEDAD CA 93960
23       B.   Is there a grievance procedure in this institution?
24            YES (x)     NO ( )
25       C.   Did you present the facts in your complaint for review through the grievance
26            procedure?
27            YES (x)     NO ( )
28       D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                           - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _10-18-07   BY PASS_

2. First formal level _10-18-07  BY PASS_

3. Second formal level _12-13-07   BY PASS_

4. Third formal level _12-24-07 SENT 602 OFF TO SACRAMENTO FOR THIRD LEVEL REVIEW_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✗)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.___

II   Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_ANTHONY MURILLO-F60171 - OW117 SOLEDAD STATE PRISON CORR'L TRAINING FACILITY - CE PO BOX 689 - SOLEDAD CA 93960_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_B. CURRY WARDEN RES SUPERIOR, M EVANS COUNSELOR CCI ASU G. ORTIZ AW, A KESTER F.C.(A) CHAIR PERSON W/ COHEN CDW ICC. COMMITTEE MEMBERS_

COMPLAINT                                    - 2 -

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 7-31-07 WAS PLACED IN SOLEDAD STATE PRISON AD-SEG DUE TO SAFETY CONCERNS FOR A SO CALLED "R" SUFFIX THAT WAS MISINTEPERATED. ON 11-24-04 I WAS VIOLATED OF PAROLE FOR THESE CHARGES 1. ABSCONDING 2. USE OF COCAINE, 3. SODOMY. AT THE BPT HEARING I WAS APPOINTED AN ATTORNEY FOR MY HEARING. I PLEADED GUILTY ON THESE TWO CHARGES, ABSCONDING, USE OF COCAINE, THE SODEMY CHARGE WAS DROPPED BECAUSE OF THESE FACTS NO POLICE REPORT, NO MEDICAL REPORT, AND NO WITTNESS THAT IS WHY THE CHARGE WAS DROPPED. SENSE THEN I AM HEAR ON A NEW NUMBER I WAS CHARGED WITH GTA THE COURTS GAVE ME 3 1/2 NOW ALSO HAVE A "R" SUFFIX ADDED TO MY FILE'S WHICH WAS ADDED WHEN I CAME BACK TO PRISON 3 YEAR'S LATER

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

WOULD LIKE A THOUROUGH INVESTIGATION DONE ON MY BPT HEARING AND THAT THIS ALLEDEGED SO CALLED SODEMY CHARGED BE EXCLUDED FROM MY C-FILE ALSO THAT M EVANS COUNSELOR CCI ASU

COMPLAINT                          - 3 -

1  BE HELD LIABLE FOR NOT DOING A THROUGH INVESTIGATION
2  GOING ON FACTS AND NOT FINDING OF RPT HEARING
3  THAT COULD COST ME MY LIFE WITH "R" SUFFIX ON MY FILE

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __Jan__, 20_08_

_Anthony Murillo_
(Plaintiff's signature)

COMPLAINT                                - 4 -

  

(PR)

# U.S. District Court Northern California

## ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

- ☐ **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also:</u>

- ☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

- ☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

- ☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines**: When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples**: The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
| --- | --- |
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

**Questions**
Almost all questions can be answered in our **FAQ**s at
**http://ecf.cand.uscourts.gov,** please check them first.

You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.

The ECF Help Desk is staffed Mondays through Fridays from
9:00am to 4:00pm Pacific time, excluding court holidays.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____.

√ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. √ the In Forma Pauperis Application you submitted is insufficient because:

   √ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ok You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ok You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
       Deputy Clerk

rev. 10/25/07

MURILLO

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 9
10
11              Plaintiff,           CASE NO. _____
12      vs.                          PRISONER'S
                                     APPLICATION TO PROCEED
13                                   IN FORMA PAUPERIS
14              Defendant.
15 _____
```

16      I, _____, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22      In support of this application, I provide the following information:

23 1.   Are you presently employed? Yes ____ No ____

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____    Net: _____

27 Employer: _____

28 _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.     Business, Profession or                    Yes ____ No ____
10            self employment
11     b.     Income from stocks, bonds,                 Yes ____ No ____
12            or royalties?
13     c.     Rent payments?                             Yes ____ No ____
14     d.     Pensions, annuities, or                    Yes ____ No ____
15            life insurance payments?
16     e.     Federal or State welfare payments,         Yes ____ No ____
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?                               Yes ____ No ____
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.     List amount you contribute to your spouse's support:$ _____

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____        _____
DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____        _____
                                              [Authorized officer of the institution]