FILED

MAR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08 - 0630
MHP
3-11-08

To Clerk of The
United States District Courts
for Northern Districit of California
450 Golden Gate Avenue Box 36060
San Francisco CA 94102:

To whom it may Concern: I am writing in regardes to a application that I filed sometime in January 1-17-08 to be exzact. Why I am writing is to let you know my address so that you can send me a copy that I completed all the paper work nessary for me to fill a law suit. Thank You for your time.

Sincerly
Anthony Murillo
3-11-08

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3  Name __Murillo   Anthony_____
4       (Last)        (First)      (Initial)
5  Prisoner Number __F60171 -OW 117_____
6  Institutional Address __SOLEDAD STATE PRISON CORR'L TRAINING FACILITY YCE
7  __PO BOX 689 - OW 117_____
8  __SOLEDAD CA 93960_____

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10
   __ANTHONY MURILLO_____  )
11 (Enter the full name of plaintiff in this action.)  )
                                )
12             vs.              )  Case No. _____
                                )  (To be provided by the clerk of court)
13 __B CURRY - WARDEN RES SUPERIOR__)
                                ) COMPLAINT UNDER THE
14 __M. EVANS CORRECTIONAL COUNSELOR CCI AS/ CIVIL RIGHTS ACT,
                                ) 42 U.S.C §§ 1983
15 __ICC COMMITTEE MEMBERS G ORTIZ AW__)
                                )
16 __A. KESTER FC (A)_____  )
   (Enter the full name of the defendant(s) in this action)  )
17                              )

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.    Exhaustion of Administrative Remedies

20        [**Note:** You must exhaust your administrative remedies before your claim can go
21        forward. The court will dismiss any unexhausted claims.]

22        A.   Place of present confinement __SOLEDAD STATE PRISON
                                              PO. BOX 689 SOLEDAD CA 93960
23        B.   Is there a grievance procedure in this institution?
24             YES (X)    NO ( )
25        C.   Did you present the facts in your complaint for review through the grievance
26             procedure?
27             YES (X)    NO ( )
28        D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                      - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _10-18-07  BY-PASS_

2. First formal level _10-18-07  BY-PASS_

3. Second formal level _12-13-07  BY PASS_

4. Third formal level _12-24-07 SENT 602 OFF TO SACRAMENTO FOR THIRD LEVEL REVIEW_

E.  Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO ( )

F.  If you did not present your claim for review through the grievance procedure, explain why. _ANTHONY MURILLO F60171- 0W117 SOLEDAD STATE PRISON CORR'L TRAINING FACILITY - CE PO BOX 689 SOLEDAD CA 93960_

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

_B CURRY/WARDEN  RES/SUPERIOR  M EVANS COUNSELOR CCI A.S.U_
_G ORTIZ A.W.  A KESTER FC(A) CHAIR PERSON W COHEN C.D.U_
_I.C.C COMMITTEE MEMBERS_

COMPLAINT                        - 2 -

1
2
3
4   III.   Statement of Claim
5       State here as briefly as possible the facts of your case. Be sure to describe how each
6   defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7   cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8   numbered paragraph.
9   ON 7-31-02 WAS PLACED IN SOLEDAD STATE PRISON AD-SEG
10  DUE TO SAFETY CONCERNS FOR A SO CALLED "R" SUFFIX THAT WAS
11  MIS-INTERPERTATED ON 11-24-04 I WAS VIOLATED OF PAROLE
12  FOR THESE CHARGES 1 ABSCONDING, 2 USE OF COCAINE 3 SODOMY
13  AT B.P.T HEARING I WAS APPOINTED AN ATTORNEY FOR MY HEARING
14  I PLEADED GUILTY ON THESE TWO CHARGES ABSCONDING,
15  USE OF COCAINE. THE SODEMY CHARGE WAS DROPPED BECAUSE
16  OF THESE FACTS NO POLICE REPORT, NO MEDICAL REPORT,
17  AND NO WITNESS THAT IS WHY THE CHARGE WAS DROPPED
18  SENSE THEN I AM HEAR ON A NEW NUMBER I WAS CHARGED
19  WITH G.T.A THE COURT'S GAVE ME 3 WITH HALF NOW I ALSO
20  HAVE A "R" SUFFIX ADDED TO MY FILES WHICH WAS ADDED
21  WHEN I CAME BACK TO PRISON 3 YEARS LATER
22  IV.   Relief
23      Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.
25  WOULD LIKE A THOROUGH INVESTIGATION DONE ON MY BPT
26  HEARING AND THAT THIS ALLEDGED SO CALLED SODEMY CHARGE
27  BE EXCLUDED FROM MY C-FILE ALSO THAT M EVANS
28  COUNSELOR CCI ASU

COMPLAINT                - 3 -

1  BE HELD LIABLE FOR NOT DOING A THOROUGH INVESTIGATION
2  GOING ON FACTS AND NOT FINDING OF E.P.T HEARING
3  THAT COULD COST ME MY LIFE WITH "R" SUFFIX ON MY FILE.

4    I declare under penalty of perjury that the foregoing is true and correct.

6    Signed this __17__ day of __Jan__, 20_08_

8                    _Anthony Murillo_
                     (Plaintiff's signature)

COMPLAINT                          - 4 -



Anthony Miller
2201 Northview Dr. #109
Sacramento, CA, 95833

SACRAMENTO CA 957
27 MAR 2008 PM 3 L

"LET US DARE
THINK, SPEA[K]
John Adams[...]"

To: Clerk of the United States
District Court
Northern District
450 Golden Gate Avenue Box 36
San Francisco, CA 94102

RECEIVED
MAR 28 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA