1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  ANTHONY MURILLO,                         No. C 08-630 MHP (pr)
9          Plaintiff,                       **ORDER OF DISMISSAL**
10        v.
11 B. CURRY; et al.,
12         Defendants.
                                         /
13
14     This pro se civil rights action was filed on January 28, 2008, at which time the court
15 notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee
16 or furnish a completed and signed court-approved in forma pauperis application. Plaintiff
17 was advised that failure to pay the fee or file the application materials within thirty days
18 would result in dismissal of the action. Plaintiff did not pay the filing fee or submit an in
19 forma pauperis application. The certificate of funds he submitted without any in forma
20 application does not suffice as an application. The action is DISMISSED without prejudice
21 for failure to pay the filing fee or submit a completed in forma pauperis application.
22 Plaintiff may file a new action, but should include a filing fee or an in forma pauperis
23 application with a new complaint to commence that new action. The clerk shall close the
24 file.
25     IT IS SO ORDERED.
26 DATED: July 14, 2008
                                                 _____
27                                               Marilyn Hall Patel
                                                 United States District Judge
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MURILLO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B. CURRY et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV08-00630 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Murillo F 60171
2201 Northview Drive
#109
Sacramento, CA 95833

Dated: July 16, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Anthony Bowser, Deputy Clerk