UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MURILLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. CURRY; et al.,<br><br>　　　　Defendants.　　　　　　　/ | No. C 08-630 MHP (pr)<br><br>**JUDGMENT** |

　　This action is dismissed without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: July 14, 2008

　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MURILLO,  | Case Number: CV08-00630 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| B. CURRY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Murillo F 60171
2201 Northview Drive
#109
Sacramento, CA 95833

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk